# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LEE NEWBERG,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-cv-00189-RCJ-RAM

**ORDER**

    Petitioner having filed an unopposed motion for an enlargement of time in which to file a reply (third request) (#65), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply (third request) (#65) is **GRANTED**. Petitioner shall have through February 25, 2015, to file and serve a reply to the answer (#64).

Dated:   March 25, 2015

                                                                           _____
                                                                           ROBERT C. JONES
                                                                           Chief United States District Judge