# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LEE NEWBERG, | Case No.: 3:07-CV-00189-RCJ |
| Petitioner, | |
| vs. | **ORDER** |
| JACK PALMER, | |
| Respondents. | |

Petitioner has filed a proper-person document (ECF #75). Counsel represents petitioner, and petitioner must make all requests to the Court through counsel.

IT IS THEREFORE ORDERED that the Clerk of the Court shall STRIKE Petitioner's proper-person document (ECF #75) from the docket.

IT IS SO ORDERED this 17th day of August, 2016.

_____
ROBERT C. JONES
District Judge