AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

STEVEN LEE NEWBERG,

      Petitioner,          JUDGMENT IN A CIVIL CASE

  v.

                               CASE NUMBER:  **3:07-cv-00189-RCJ-RAM**

PLAMER, et al.,

      Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the second amended petition (ECF No. 42) is **denied.**

    **IT IS FURTHER ORDERED** that a certificate of appealability is **granted** on whether the Court was correct in its determination that Ground 1 lacked merit. On all other issues, a certificate of appealability is **denied.**

    October 18, 2016                           **LANCE S. WILSON**
                                                                   Clerk

                                                                /s/ K. Rusin
                                                                Deputy Clerk